FILED
JAMES BONINI
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

2011 DEC 27 PM 2:28

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| STEPHEN ZEHALA | Case No. 2:10 CV 0848 |
| Plaintiff. | Judge: Watson |
| | Magistrate: Kemp |
| v. | |
| GC SERVICES, et al. | |
| Defendants. | |

## MOTION OF PLAINTIFF, STEPHEN ZEHALA, TO STAY THE RULING ON GC SERVICES MOTION FOR SUMMARY JUDGMENT UNTIL COMPLETION OF DISCOVERY

Now comes Plaintiff, Stephen Zehala (hereinafter "Plaintiff"), and, in accordance with Rule 56, hereby moves this Court to stay its ruling on GC Service's Motion for Summary Judgment until Plaintiff has completed discovery. Plaintiff is in the process of submitting additional discovery requests and has pending subpoenas and depositions that will be necessary to review before Plaintiff can properly respond to the pending Motion for Summary Judgment.

For the reasons set forth above, Plaintiff respectfully requests that this Court Stay it ruling on GC Service's Motion for Summary Judgment until completion of discovery by Plaintiff, and for such other relief as this Court deems just and proper in the circumstances.

By:___/s/ Stephen Zehala_____ 12/23/y
Stephen Zehala, pro se
PO Box 9618 Columbus OH 43209
Fax: 614-737-5304
Email: szehala@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion was served upon the following parties by mail this 8th day of August, 2011. 12/23/11

Suzana Kukovec-Krasnicki
Keith D. Weiner & Associates Co., LPA
75 Public Square, 4th Floor
Cleveland, Ohio 44113
Fax: (216) 771-6540

John P. Langenderfer
Surdyk Dowd & Turner Co. L.P.A.
One Prestige Place, Suite 1610
Miamisburg, Ohio 45342
Fax: (937) 222-1970

By:___/s/ Stephen Zehala
Stephen Zehala, pro se
PO Box 9618 Columbus OH 43209
Fax: 614-737-5304
Email: szehala@gmail.com